**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-25540-LEIBOWITZ/HERNANDEZ**

**SEBASTIAN BANEZ MAZZALI,**

*Plaintiff,*

*v.*

**MARKWAYNE MULLIN, *et al.*,**

*Defendants.*
_______________________________________/

**ORDER ADOPTING MAGISTRATE REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation on the Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction [ECF No. 5] and Emergency Amended Motion for Temporary Restraining Order and/or Preliminary Injunction [ECF No. 8] (the "R&R"), filed on September 15, 2026, recommending that Petitioner's request for an emergency restraining order be DENIED. [ECF No. 22 at 8]. The undersigned previously referred all dispositive matters to U.S. Magistrate Judge Yeney Hernandez for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 6]. No objections to the R&R were filed during the 14-day objection period.

Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 22]** is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2. Petitioner's Motion for Temporary Restraining Order and/or Preliminary Injunction **[ECF No. 5]** and Emergency Amended Motion for Temporary Restraining Order and/or Preliminary Injunction **[ECF No. 8]** are **DENIED.**

**DONE AND ORDERED** in the Southern District of Florida on October 14, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record